IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES ARTHUR, SR., ) | CIVIL NO. 09-00590 DAE-LEK |
| Plaintiff, ) | |
| vs. ) | |
| FAATALALE AUELUA, ET AL., ) | |
| Defendants. ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 15, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION TO REMAND AND FOR SANCTIONS," docket entry no. 17, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 5, 2010.



_____
David Alan Ezra
United States District Judge